STATE OF HAWAII, BY ITS ATTORNEY
GENERAL, BERT T. KOBAYASHI
*v.* MAURICE ZIMRING, ET AL.

No. 4859.

JANUARY 20, 1971.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ.,
AND CIRCUIT JUDGE WONG IN PLACE OF
KOBAYASHI, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*Helen B. Ryan* (*Ryan & Ryan* of counsel), *Molly D. Zimring* and *Franklin E. Zimring* for the petition.